UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARGARET J. BURMAN,

                       Plaintiff,                                       21-CV-2232 (JMF)

        -v-                                                                ORDER

CITIBANK, N.A.,

                    DEFENDANT.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On July 23, 2021, Plaintiff consented to arbitration of this dispute. *See* ECF No. 16. On July 26, 2021, Judge Ramos stayed the case pending arbitration and directed the parties to submit a joint status report to the Court within 48 hours of the conclusion of arbitration. *See* ECF No. 17. This case has now been reassigned to the undersigned. As there is no reason to keep the case open pending the arbitration, the Clerk is directed to administratively close the case without prejudice to either party moving by letter motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.

      SO ORDERED.

Dated: March 4, 2022
      New York, New York

                                                          JESSE M. FURMAN
                                                         United States District Judge